<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7774**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY CURTIS HAMRICK,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., District Judge.  (CR-91-56, CA-99-90-5)

———————————

Submitted:  February 21, 2002        Decided:  March 5, 2002

———————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Rodney Curtis Hamrick, Appellant Pro Se.  David Jonathan Horne, Special Assistant United States Attorney, Dayton, Ohio; David Earl Godwin, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Curtis Hamrick seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hamrick, Nos. CR-91-56; CA-99-90-5 (N.D.W. Va. Sept. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2